**Order entered November 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01207-CV

**LORENA GOMEZ DE GONZALEZ BARRERA A/K/A LORENA TASSINARI GONZALEZ BARRERA, APPELLANT**

**V.**

**EDUARDO LIVAS-CANTU, ET AL., APPELLEES**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02808-1**

## ORDER

The reporter's record in this appeal has not been filed. As appellant's docketing statement reflects the record has been requested and payment arrangements have been made, we **ORDER** Jackie A. Galindo, Official Court Reporter for Probate Court No. 1, to file the record no later than December 2, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Galindo and the parties.

/s/    ERIN A. NOWELL
JUSTICE